IN RE J.T.

**[Cite as *In re J.T.,* 132 Ohio St.3d 298, 2012-Ohio-2796.]**

*Appeal dismissed as having been improvidently accepted.*

(No. 2011-1336—Submitted June 20, 2012—Decided June 26, 2012.)

APPEAL from the Court of Appeals for Licking County,

No. 10-CA-134, 2011-Ohio-3324.

_____

**{¶ 1}** The cause is dismissed, sua sponte, as having been improvidently accepted.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

LUNDBERG STRATTON, J., dissents and would order briefing.

_____

Kenneth Oswalt, Licking County Prosecuting Attorney, and Rachel Otkavec, Assistant Prosecuting Attorney, for appellee.

Todd W. Barstow, for appellant.

_____